| | |
|---|---|
| 1 | **BRYAN CAVE LLP** |
| | ROBERT E. BOONE III (CA Bar No. 132780) |
| 2 | CHRISTOPHER L. DUERINGER (CA Bar No. 173746) |
| | BENJAMIN J.B. ALLEN (CA Bar No. 261555) |
| 3 | 120 Broadway, Suite 300 |
| | Santa Monica, California 90401-2386 |
| 4 | Telephone:     (310) 576-2100 |
| | Facsimile:      (310) 576-2200 |
| 5 | Email: reboone@bryancave.com |
| |             cdueringer@bryancave.com |
| 6 |             ben.allen@bryancave.com |

*E-FILED - 10/20/09*

7  Attorneys for Defendant
   COUNTRYWIDE HOME LOANS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELLA WONG, | Case No.  5:09-CV-01612-RMW |
| Plaintiff, | Assigned to Hon. Ronald M. Whyte |
| vs. | **[] ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| FIRST MAGNUS FINANCIAL CORPORATION, a business entity, form unknown; COUNTRYWIDE HOME LOANS INC., a business entity, form unknown; ALLIANCE TITLE, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; and DOES 1 through 25, inclusive, | Date:             November 20, 2009<br>Time:             10:30 a.m.<br>Courtroom:     6 |
| Defendants. | |

SM01DOCS\744460

1   The Court held the Initial Case Management Conference on September 4, 2009.  Because
2   Plaintiff Carmella Wong intends to but has not yet filed her Third Amended Complaint, the Court
3   hereby schedules a Further Case Management Conference for November 20, 2009, at 10:30 a.m.
4   in Courtroom 6 of the above-entitled Court.  Any motions to dismiss or remand shall be filed so
5   that they are heard prior to November 20, 2009.  Defendant Countrywide Home Loans, Inc. shall
6   file any motion to dismiss within 20 days of Plaintiff's filing of any Third Amended Complaint.

7   IT IS SO ORDERED.

Dated: __10/20/09_____

_____
Hon. Ronald M. Whyte
Judge of the United States District Court

Respectfully Submitted,

By:  */s/ Christopher L. Dueringer*
     Christopher L. Dueringer

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS\744460

2

[] ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE
Case No.: 5:09-CV-01612-RMW

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401

On September 4, 2009, I served the foregoing documents, described as: **[PROPOSED] ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE.**, on the interested parties as follows:

| | |
|---|---|
| Reuben L. Nocos<br>Nocos Law Firm, A Professional Corporation<br>1900 S. Norfolk Street, Suite 350<br>San Mateo, CA 94403<br>(650) 320-1747 | |

☒ **(BY MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ **(FEDERAL ONLY)**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2009 at Santa Monica, California.

                                                    *Del Seyedan*
                                                    Del Seyedan