
**E-FILED on** 11/17/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMELLA WONG<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST MAGNUS FIN. CORP.,<br>COUNTRYWIDE HOME LOANS INC.,<br>ALLIANCE TITLE, MORTGAGE ELEC.<br>REGISTRATION SYS., INC.,<br><br>    Defendants. | No. C-09-01612 RMW<br><br>JUDGMENT |

On November 9, 2009, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Carmella Wong voluntary dismissed the above captioned action without prejudice.

Therefore, it is hereby adjudicated that plaintiff take nothing by way of her complaint and that judgment be entered in favor of all defendants.

DATED:    11/13/09                    *Ronald M. Whyte*

                                                      RONALD M. WHYTE<br>                                                      United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Reuben Lagbao Nocos          rlnocos@nocoslaw.com

**Counsel for Defendants:**

Christopher Louis Dueringer          cldueringer@bryancave.com
Robert E. Boone , III                rebook@bryancave.com
Sarah Gohmann Bigelow                sarah.gohmann@bryancave.com
Benjamin J.B. Allen                  ben.allen@bryancave.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____11/17/09_____          _____CCL_____
                                       **Chambers of Judge Whyte**

JUDGMENT—No. C-09-01612 RMW
AKT                                    2